UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38459
    CHESTER W FREEMAN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4210


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/15/2004 and was confirmed 01/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/12/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 10977.70 | .00 | 5778.24 |
| DANIEL M MOULTON | DEBTOR ATTY | 1,500.00 | | 1,500.00 |
| TOM VAUGHN | TRUSTEE | | | 401.76 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,680.00 | |
| PRIORITY | | .00 |
| SECURED | | 5,778.24 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,500.00 |
| TRUSTEE COMPENSATION | | 401.76 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 7,680.00 | 7,680.00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                              /s/ Tom Vaughn
    Dated: 12/27/07           _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE